UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CITICORP,<br>    Defendant. | No. 3:15-cv-78 (SRU) |

**ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION
PURSUANT TO 18 U.S.C. § 3771(d)(2)**

On this date, the Court considered the Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court proceeding involving the crime charged in the Information, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://wwwjustice.gov/atr/victim/vrhearings.htm, and through letters to lead counsel for the plaintiffs in the following lawsuits, rather than through individual notices to the crime victims. *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS); *Taylor v. Bank of America Corp.*, 15 Civ. 1350 (LGS) (SDNY); *Sterk v. Bank of America Corp.*, l5 Civ. 2705 (LGS) (SDNY).

**IT IS SO ORDERED.**

Dated at Bridgeport, Connecticut, this 22nd day of September, 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge